# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 10, 2014

149582

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

ELENA QUINTO,
      Plaintiff-Appellant,

v

WOODWARD DETROIT CVS, LLC, d/b/a
CVS PHARMACY #8016,
      Defendant-Appellee.

SC: 149582
COA: 311213
Macomb CC: 2011-001772-NI

_____/

On order of the Court, the application for leave to appeal the April 29, 2014 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 10, 2014



Clerk

t1203